```
LAWRENCE G. BROWN
Acting United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, 10th Floor
Sacramento, CA 95814
Telephone: 916-554-2716
```

SEALED



FILED

MAR - 5 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: APPLICATION FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND APPLICATION TRACE DEVICES | No. 2:09-SW 0073 GGB<br><br>ORDER |

## O R D E R

This matter has come before the Court pursuant to an application under Title 18, United States Code, Section 3122 by AUSA Ellen V. Endrizzi, an attorney for the Government, which application requests an Order under Title 18, United States Code, Section 3123, authorizing the installation and use of pen register and trap and trace devices on telephone number **916-325-5481** managed by SBC/AT&T

The Court finds that the Applicant has certified that the information likely to be obtained by such installation and use is relevant to an ongoing criminal investigation into possible violations of Title 18, United States Code, Section 879.

IT IS THEREFORE ORDERED, pursuant to Title 18, United States Code, Section 3123, that pen register and trap and trace devices be

1

installed and used to determine the telephone numbers of incoming calls to **916-325-5481**, but not the contents of such communications;

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3123(c)(1), that the use and installation of the foregoing occur for a period not to exceed 15 days;

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3123(b)(2) and in accordance with the provisions of section 3124(b), that SBC/AT&T, upon service of the Order upon it, shall furnish information, facilities, and technical assistance necessary to accomplish the installation of the pen register and trap and trace devices, including installation and operation of the devices unobtrusively and with a minimum of disruption of normal service;

IT IS FURTHER ORDERED, that the results of the pen register and trap and trace devices shall be furnished to the United States Secret Service and/or the United States Attorney's Office for the Eastern District of California at reasonable intervals during regular business hours for the duration of the Order;

IT IS FURTHER ORDERED, that the tracing operation shall encompass tracing the communications to their true source, if possible, without geographic limit;

IT IS FURTHER ORDERED that the Secret Service compensate SBC/AT&T for expenses reasonably incurred in complying with this Order; and

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3123(d), that SBC/AT&T, and any other person or entity providing wire or electronic communication service in the United States whose assistance is used to facilitate the execution of this Order, and their agents and employees shall not disclose to the

listed subscriber, or any other person, the existence of this Order, the pen register and trap and trace devices, or this investigation unless or until otherwise ordered by the Court and further, pursuant to Title 18, United States Code, Section 3123(d)(1), that this application and Order be SEALED.

DATED: March 5, 2009

_____
HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE