| | |
|---|---|
| 1 | LAWRENCE G. BROWN |
| | Acting United States Attorney |
| 2 | ELLEN V. ENDRIZZI |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, 10th Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: 916-554-2716 |

**FILED**

MAR 1 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: APPLICATION FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND APPLICATION TRACE DEVICES | No. 2:09-SW-0073 EFB<br><br>APPLICATION TO UNSEAL AND [~~PROPOSED~~] ORDER |

On March 5, 2009, the United States applied to this Court and received an order for pen register and trap and trace information from SBC/AT&T. The information has been received from SBC/AT&T and the subject of the investigation has been contacted by the United States Secret Service. The pen/trap is no longer in use, and for this reason, the United States respectfully requests that the order be UNSEALED.

DATED: March 10, 2009

LAWRENCE G. BROWN
Acting United States Attorney

By: /s/ Ellen V. Endrizzi
ELLEN V. ENDRIZZI
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

DATED: 3-10-09

/s/ Edmund F. Brennan
HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge